# Supreme Court of Kentucky

## 2022-SC-0070-DG

SHAN WOLFE                                                          APPELLANT

                         ON REVIEW FROM COURT OF APPEALS
V.                                 NO. 2020-CA-1480
                     MCCRACKEN CIRCUIT COURT NO. 18-CI-00106

JOE KIMMEL AND THE KIMMEL LAW FIRM                      APPELLEES

## **ORDER DENYING PETITION FOR EXTENSION**

The Petition for Extension, filed by the Appellant, of the Opinion of the Court, rendered August 24, 2023, is DENIED.

VanMeter, C.J.; Bisig, Conley, Keller, Lambert and Thompson, JJ., sitting. All concur. Nickell, J., not sitting.

ENTERED: December 14, 2023.

_____
CHIEF JUSTICE